DANIEL H. HANDMAN (SBN 236345)
dhandman@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
2425 Olympic Boulevard
Suite 550 East Tower
Santa Monica, CA 90404
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

ANN E. SOTER (SBN 229838)
asoter@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9061
Facsimile: (415) 834-0443

Attorneys for Defendant
MI PUEBLO FOOD CENTER

**E-Filed 6/15/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ROBLEDO,<br><br>        Plaintiff,<br><br>vs.<br><br>MI PUEBLO FOOD CENTER and Does 1 to 10, Inclusive,<br><br>        Defendants. | Case No.:   5:11-cv-01539 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>DATE:     June 24, 2011<br>TIME:     9:00 a.m.<br>DEPT:     3<br>JUDGE:   Honorable Jeremy Fogel<br><br>**Santa Clara Superior Court Case No.:**<br>110CV180715<br><br>**First Amended Complaint Filed:**<br>February 25, 2011 |

1

1  The parties to this litigation have met and conferred and have stipulated that the hearing
2  on Plaintiff's Motion To Remand be held on July 1, 2011 at ~~9:30~~ 9:00 am and that the previous hearing
3  date of June 24, 2011 at ~~9:30~~ 9:00 am be vacated.

5  Dated: June 14, 2011                                CURIALE HIRSCHFELD KRAEMER LLP

7                                                     By: /s/ Daniel H. Handman
8                                                           Daniel H. Handman
                                                            Ann E. Soter
                                                     Attorneys for Defendant
9                                                    MI PUEBLO SAN JOSE, INC.

11 Dated: June 14, 2011                                FENTON & KELLER

13                                                    By: /s/ Michael P. Burns
14                                                          Christopher E. Panetta
                                                            Michael P. Burns
                                                     Attorneys for Plaintiff
15                                                   MARIA ROBLEDO

**IT IS SO ORDERED.**

20 Dated: June __15__, 2011                            By: [signature]
21                                                    The Honorable Jeremy Fogel

2

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING
CASE NO.: 5:11-CV-01539 PSG