33213.30651

CHRISTOPHER E. PANETTA (Bar No. 175127)
MICHAEL P. BURNS (Bar No. 239863)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA  93942-0791
Telephone:    831-373-1241
Facsimile:     831-373-7219

Attorneys for Plaintiff
MARIA ROBLEDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ROBLEDO,<br><br>     Plaintiff,<br><br>v.<br><br>MI PUEBLO FOOD CENTER, AND DOES 1 TO 10, INCLUSIVE,<br><br>     Defendants. | CASE NO. 11-CV-01539<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT, ADR, AND INITIAL DISCLOSURE DEADLINES**<br><br>Judge:  Hon. Jeremy Fogel |

Plaintiff, MARIA ROBLEDO, has filed a Motion For Remand currently scheduled for hearing in this Court on June 24, 2011.  Plaintiff is requesting that this matter be remanded to the Superior Court.

A Case Management Conference is scheduled in this Court for July 8, 2011. The following deadlines associated with the Case Management Conference are also currently scheduled:

> June 17, 2011 - Last Day to meet & confer regarding Initial Disclosures, ADR, and discovery;
> Last day to file ADR Certification;
> Last Day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

> July 1, 2011 – Last Day to complete Initial Disclosures;
> Last Day to file Joint Case Management Statement.

> July 8, 2011 – Case Management Conference.

{SRJ-00155399;1 }                                                          1

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

**Stipulation and [Proposed] Order Continuing Case Management Deadlines  (Case No. CV11-01539)**

WHEREAS, jurisdiction of this matter has yet to be decided and will not be decided until on or after June 24, 2011, and because the Case Management, ADR, and Initial Disclosure deadlines are currently scheduled beginning on June 17, 2011, the parties agree and hereby respectfully request that this Court continue the Case Management, ADR, and Initial Disclosure deadlines for approximately 60 days pending the decision on jurisdiction.

Dated: _____, 2011          FENTON & KELLER

                                                                                    /s/
                                                    Christopher E. Panetta
                                                    Attorneys for Plaintiff
                                                    MARIA ROBLEDO

Dated: _____, 2011          CURIALE, HIRSCHFIELD, KRAEMER

                                                                   /s/
                                                  Daniel Handman / Ann Soter
                                                  Attorneys for Defendant
                                                  MI PUEBLO FOOD CENTER

## **ORDER**

The Court being fully advised herein and good cause appearing:

IT IS ORDERED that the Case Management Conference currently scheduled for July 8, 2011 be vacated and rescheduled to **September 9, 2011** at 10:30am, and that the corresponding deadlines be scheduled as follows:

Aug. 19, 2011 -   Last Day to meet & confer regarding Initial Disclosures, ADR, and discovery;
                          Last day to file ADR Certification;
                          Last Day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

Sept. 2, 2011 –   Last Day to complete Initial Disclosures;
                          Last Day to file Joint Case Management Statement.

Dated: June 8 , 2011          _____
                                          JUDGE OF THE DISTRICT COURT